**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**AUGUSTINE TUFAIL,**

                **Plaintiff,**　　　　　　　　**1:20-cv-213**
　　　　　　　　　　　　　　　　　　　　　　　　　**(GLS/DJS)**
          **v.**

**ROBERT WILKIE et al.,**

                **Defendants.**

**APPEARANCES:**　　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**
Augustine Tufail
Pro Se
589 2nd Street
Albany, NY 12206

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed on March 30, 2020. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

     No objections having been filed,[1] and the court having reviewed the

---

[1] On April 9, 2020, plaintiff filed an open-ended letter motion for an extension of time to object to the R&R. (Dkt. No. 7). The court granted plaintiff's letter motion to the limited extent that any objections to the R&R shall be filed on or before June 9, 2020. (Dkt. No. 7.) On May 6, 2020, plaintiff filed another open-ended request seeking an extension of the June 9, 2020

R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** without prejudice with leave to amend within **THIRTY (30) DAYS** of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint within the time permitted, the amended complaint shall be referred to Magistrate Judge Stewart for further review; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, that the case shall be dismissed and judgment entered without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

June 15, 2020
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

---

deadline to file objections.  (Dkt. No. 8.)  That letter motion was denied.  (Dkt. No. 9.)